**EXHIBIT A**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LINDA LOU BUCZAKOWSKI,

                                                5:18-CV-330 (LEK/ML)

        Plaintiff,

  -against-

CROUSE HEALTH HOSPITAL INC.; JOHN
BERGEMANN; LISA DITTRICH; CATHERINE
GREENIA; and DOROTHY DICARLO;

        Defendants.
_____

## PLAINTIFF'S TREATING HEALTHCARE PROVIDERS DISCLOSURE

The following treating healthcare providers are anticipated to testify to their testing, diagnoses, and treatment of Plaintiff Linda Lou Buczakowski. The facts and opinions upon which such anticipated testimony is based are set forth in the healthcare providers' medical and treatment records.

1)     Aref Agheli, M.D.
       Stephanie Doyle, N.P.
       Hematology/Oncology Associates
       5008 Brittonfield Parkway
       East Syracuse, New York 13057
       Tel. (315) 472-7504

       Dr. Agheli is Plaintiff's primary treating healthcare provider and oncologist. Ms. Doyle, a Nurse Practioner, also treated Plaintiff at Hematology/Oncology Associates. It is anticipated that Dr. Agheli and/or Ms. Doyle will testify that they treated Plaintiff for stress and depression; that Plaintiff reported problems associated with her employment/benefits at Crouse Health Hospital (Crouse); that Plaintiff reported feelings of depression and extreme mental distress and anxiety; and prescribed anti-anxiety medication for the Plaintiff.

2)     Raman Dhawan, M.D.
       Finger Lakes Health
       729 Irving Avenue

Suite 520
Syracuse, New York 13210
Tel. (315) 470-1051

Dr. Dhawan was Plaintiff's orthopaedic surgeon. He performed surgery on Plaintiff to repair her fractured vertebrae and discovered that Plaintiff had cancer. It is anticipated that Dr. Dhawan will testify that he treated Plaintiff in relationship to her fractured vertebrae; that Plaintiff reported problems associated with her employment/benefits at Crouse; and that Plaintiff reported feelings of depression and extreme mental distress and anxiety.

3) Michael Becker, M.D.
University of Rochester Medical Center
601 Elmwood Avenue
Rochester, New York 14642
Tel. (585) 275-5823

Dr. Becker, an oncologist, performed a bone marrow transplant on Plaintiff. It is anticipated that Dr. Dhawan will testify that he treated Plaintiff in relationship to her cancer; that Plaintiff reported problems associated with her employment/benefits at Crouse; and that Plaintiff reported feelings of depression and extreme mental distress and anxiety.

**Plaintiff reserves the right to amend, correct, and/or supplement the instant disclosure.**

Dated: April 13, 2020                                    s/A.J. Bosman

                                                        A.J. Bosman, Esq.
                                                        Bosman Law, LLC
                                                        Attorneys for Plaintiff
                                                        3000 McConnellsville Rd.
                                                        Blossvale, New York 13308
                                                        Telephone: (315) 820-4417